AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 04, 2025**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America )<br>v. )<br> )<br> )<br> )<br>JUAN OLMOS GONZALES )<br> ) | Case No.  1:25-MJ-04224-ACE |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___November 3, 2025___ in the county of ___Yakima___ in the
___Eastern___ District of ___Washington___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Alien in Possession of Firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

DAINA M NUNEZ  Digitally signed by DAINA M NUNEZ
Date: 2025.11.03 16:28:16 -08'00'

*Complainant's signature*

Daina Nunez, Special Agent, HSI

*Printed name and title*

☑ Sworn to telephonically and signed electronically

☐ Sworn to before me and signed in my presence.

Date:   11/03/2025

*Judge's signature*

City and state:   Yakima, Washington     Alexander C. Ekstrom, U.S. Magistrate Judge

*Printed name and title*

AUSA:  MDM     COUNTY:  YAKIMA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daina Nunez, having been duly sworn, do hereby depose and state as follows:

## I.  AFFIANT'S QUALIFICATIONS, TRAINING AND EXPERIENCE

1.      I, Daina Nunez, am employed as a Special Agent (SA) with Homeland Security Investigations (HSI) and am currently assigned to the Office of the Resident Agent in Charge in Yakima, Washington and have been so employed since June of 2010. My training includes the Criminal Investigator Training Program and ICE Special Agent Training Program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I received training in immigration and firearms investigations, and enforcement of federal laws. I have been involved in numerous federal and state investigations.

2.      The facts and opinions set forth in this affidavit have been derived from the above-described training and experience, as well as my personal participation in this investigation, and from information provided to me by agents and/or officers from other federal, state, and local law enforcement agencies.

## COMPLAINT

3.      On November 3, 2025, at approximately 10:15am, HSI Yakima received information from United States (US) Immigration and Customs Enforcement (ICE) and Enforcement Removal Operations (ERO) regarding Juan

1

OLMOS Gonzales.  OLMOS is a citizen of Mexico, present in the US without permission or inspection. OLMOS was taken into custody, pursuant to an administrative immigration warrant, by ERO officers after being contacted in a parking lot in Yakima, Washington.

4.     OLMOS was contacted by ERO while sitting in the driver's seat of his vehicle.  OLMOS refused to exit his vehicle and force was used to place him in restraints.  An unidentified female remained in the front passenger seat of the vehicle during the contact.

5.     Post arrest, agents performed a pat down search and located a firearm magazine, with ammunition, inside OLMOS'S front right pants pocket. Officers conducted a search of the area inside the vehicle where OLMOS and female front passenger had immediate access and located a handgun underneath the front driver seat.  The female passenger, still seated in the vehicle, told agents the gun did not belong to her.

6.     The firearm located was a Ruger P89DC 9mm handgun with a magazine inserted. The magazine removed from the handgun contained 10 rounds of 9mm ammunition.   The magazine removed from OLMOS's pocket contained also contained 10 rounds of ammunition and appeared compatible with the handgun located.

2

7.      On November 3, 2025, at approximately 10:30am, HSI agents responded and took custody of OLMOS, the firearm, magazines and ammunition. OLMOS was transported to the Yakima HSI office for an interview and processing.  The female passenger was fingerprinted to determine identity and released.

8.      At approximately 11:51am, agents read OLMOS his Miranda Warnings in the Spanish language.  OLMOS agreed to speak with agents and signed the Miranda Waiver accordingly. In summary, with the assistance of a Spanish interpreter, OLMOS relayed the following information: he entered into the United States from Mexico when he was 16 or 17 years old, he crossed on foot near Tijuana and paid $1000.00 to receive assistance with the crossing.  OLMOS said he is a citizen of Mexico and does not have documentation or permission to be in the United States.  OLMOS said the firearm located in his vehicle was his and he purchased it from his neighbor's cousin for $500.00.  OLMOS said he was aware he was not allowed to possess firearms.

9.      Checks of government databases show OLMOS is a citizen of Mexico.  OLMOS was contacted in California by the United States Border Patrol in 2000 and returned to Mexico. OLMOS has never received permission to enter, pass through, or remain in in the United States.

3

## CONCLUSION

10.     Based on the firearm and ammunition located, I believe that on or about November 3, 2025, OLMOS, in the Eastern District of Washington, did commit a violation of 18 U.S.C. § 922(g) in that he is an alien illegally present in the United States and possessed a firearm and ammunition.

I declare and affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DAINA M NUNEZ  Digitally signed by DAINA M NUNEZ
Date: 2025.11.03 16:29:44 -08'00'

Daina Nunez, Special Agent
Homeland Security Investigations

SUBSCRIBED electronically and sworn to telephonically this 3rd day of November 2025.

Alexander C. Ekstrom
United States Magistrate Judge

4