S. Peter Serrano
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 4 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:25-CR-2124-SAB |
| Plaintiff, | INDICTMENT |
| v. | Vio.: 18 U.S.C. §§ 922(g)(5)(A), 924(a)(8) |
| JUAN OLMOS GONZALEZ, | Alien in Possession of Firearm and Ammunition |
| Defendant. | |
| | 18 U.S.C.§ 924(d)(1), 28 U.S.C. § 2461(c) Forfeiture Allegations |

The Grand Jury charges:

On or about November 3, 2025, in the Eastern District of Washington, the Defendant, JUAN OLMOS GONZALES, knowing he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm and ammunition, to wit: a Ruger P89DC 9mm pistol bearing serial number 310-26186 and 9mm ammunition, which firearm and ammunition had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(8), Alien in Possession of Firearm and Ammunition, as set forth in this Indictment, the Defendant, JUAN OLMOS GONZALES, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, but not limited to the following:

- Ruger P89DC 9mm pistol bearing serial number 310-26186;
- 9mm ammunition.

DATED this 14th day of November 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 2